OPINION — AG — ** LOBBYING — STATE AGENCIES ** OKLAHOMA GOVERNMENTAL SUBDIVISIONS LACK BOTH THE EXPRESS AND IMPLIED AUTHORITY AND POWER TO ENGAGE IN ADVOCACY CALCULATED TO INFLUENCE LEGISLATIVE DECISION MAKING, EITHER DIRECTLY OR BY MEMBERSHIP IN ORGANIZATIONS CONSTITUTED FOR SUCH PURPOSES, UNLESS SUCH POWER OR AUTHORITY IS EXPRESSLY PROVIDED FOR BY MUNICIPAL CHARTER OR CAN BE IMPLIED AS INDISPENSABLE TO THE EXERCISE OF SOME EXPRESS CHARTER POWER. WHETHER OR NOT ANY SUCH CHARTER PROVIDES AUTHORITY OR POWER FOR SUCH ACTIVITIES IS A QUESTION OF FACT WHICH CANNOT BE ADDRESSED OR RESOLVED BY AN ATTORNEY GENERAL OPINION. (LOBBYING, CAMPAIGNING, ULTRA VIRES, MUNICIPALITY, POLITICAL SUBDIVISIONS, POWER LEGISLATURE, INFLUENCE, PUBLIC FUNDS, EXPENDITURE) CITE: 11 O.S. 1-101 [11-1-101], 11 O.S. 22-101 [11-22-101] 11 O.S. 22-101 [11-22-101], 11 O.S. 22-104 [11-22-104] 11 O.S. 22-105 [11-22-105], 11 O.S. 22-106 [11-22-106] 11 O.S. 22-106 [11-22-106], 11 O.S. 22-107 [11-22-107] 11 O.S. 22-109 [11-22-109], 11 O.S. 22-111 [11-22-111] 11 O.S. 22-112 [11-22-112], 11 O.S. 22-113 [11-22-113] 11 O.S. 22-114 [11-22-114], 11 O.S. 22-118 [11-22-118] 11 O.S. 22-119 [11-22-119], 11 O.S. 22-124 [11-22-124] ARTICLE XVIII, SECTION 1 (STATE EX REL WOODS V. COLE,63 P.2d 730 (1936)) (JAMES B. FRANKS) ** WITHDRAWN BY: OPINION NO. 85-014 (1996)